Gregory S. Walston, SBN 196776
Orestes A. Cross, SBN 250471
Thomas J. O'Brien, SBN 274969
WALSTON CROSS, P.C.
735 Montgomery St., Ste. 250
San Francisco, CA 94111
Telephone: (415) 956-9200
Facsimile: (415) 956-9205

ATTORNEYS FOR PLAINTIFFS
JERRY THOMPSON and AILEEN KREWSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY THOMPSON, AILEEN KREWSON,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br>SPECIAL AGENT PATRICIA FORD-SMITH, SPECIAL AGENT SARA HARLAN,<br>DOES 1 through 50, inclusive,<br><br>    Defendants. | Case Number: C 12-00301 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE ALL DEFENDANTS AND CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs filed this case in Federal Court on January 18, 2012. Due to a communication error between Plaintiffs' counsel and the process server, Plaintiffs' counsel believed Defendants had been served. However, proper service had not been effected  The deadline to serve defendants has passed and Plaintiff hereby requests a 30 day extension from today's date to serve all defendants. Plaintiffs expect all Defendants to be properly served within the next 30 days.

Due to the fact that Defendants have not been served, but Plaintiffs anticipate their service within the next 30 days, Plaintiffs request this Case Management Conference be

continued for sixty (60) days, until September 4, 2012, to allow time for service and answer, as well as allowing Plaintiffs and Defendants to meet and confer on Case Management Conference issues.

Dated: 07/02/2012				Respectfully Submitted,

					_____/s/_____
					Thomas J. O'Brien
					Walston Cross, P.C.
					Attorneys for Plaintiffs

## ORDER

GOOD CAUSE APPEARING therefore, the above REQUEST FOR EXTENSION OF TIME TO SERVE ALL DEFENDANTS AND CONTINUING CASE MANAGEMENT CONFERENCE is hereby granted.

Plaintiffs are granted an extension of 30 days from today's date to properly serve all Defendants. In addition, the Case Management Conference, presently scheduled for July 5, 2012, is hereby continued for 60 days, and rescheduled for September ~~4~~ 6, 2012.

IT IS SO ORDERED.

Dated: 7/3/12

					_____
					UNITED STATES DISTRICT COURT JUDGE

					[SEAL: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]