UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMPSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 12-cv-00301-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 37 |

Before the Court is the Government's Motion for Summary Judgment. Dkt. No. 37. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for September 5, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: August 30, 2013

_____
JON S. TIGAR
United States District Judge