1  GREGORY S. WALSTON, ESQ.
   ORESTES A. CROSS, ESQ.
2  THOMAS J. O'BRIEN, ESQ.
   WALSTON CROSS
3  735 Montgomery Street, Suite 250
   San Francisco, CA 94111
4  (415) 956-9200
   Fax: (415) 956-9205
5  Email: gwalston@walstonlaw.com
          ocross@walstonlaw.com
6         tobrien@walstonlaw.com
   ATTORNEYS FOR PLAINTIFFS
7  JERRY THOMPSON and AILEEN KREWSON

8  MELINDA HAAG (SBN 132612)
   United States Attorney
9  ALEX G. TSE (SBN 152348)
   Chief, Civil Division
10 JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
11 450 Golden Gate Ave., 9th Floor
   San Francisco, CA  94102-3495
12 Telephone: (415)436-6909
   Facsimile: (415)436-6748
13 Email: jonathan.lee@usdoj.gov
   Attorneys for Defendant
14 UNITED STATES OF AMERICA

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18 | AILEEN KREWSON,              | Case No.    C 12-00301 JST           |
19 |                              | **STIPULATION AND (PROPOSED)**       |
   |           Plaintiff,         | **ORDER REGARDING ORDER**            |
20 |                              | **STAYING ACTION**                   |
   |      v.                      |                                      |
21 |                              |                                      |
22 | UNITED STATES OF AMERICA,    |                                      |
23 |                              | **Trial Date:**      2/10/2014       |
   |           Defendant.         |                                      |
24 |                              |                                      |

25

26     BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS
27 FOLLOWS:
28

-1-
**STIPULATION AND PROPOSED ORDER - CASE NO. C12-00301 JST**

1. On October 11, 2013, the Court issued the Order Staying Action. (Dkt. No. 55)

2. Pursuant to the Court's instructions in the Order Staying Action, the stay lifted on October 18, 2013, the date of restoration of funding to the Department of Justice. Therefore, the parties understand that the stay was in effect from October 1-18, 2013, or 18 days.

3. As a result of the parties' understanding, the parties request that the deadlines regarding disclosure of experts and expert discovery be extended by 18 days, as follows:

   (A) Disclosure of Experts is now due by 11/19/2013 (the previously ordered[1] date is 11/1/13)

   (B) Rebuttal disclosure is now due by 11/26/2013 (the previously ordered date is 11/8/13)

   (C) Expert Discovery due by 12/17/2013

4. The parties do not request any extension of any other case management schedule date or deadline. The date for the Final Pretrial Conference will continue to be 1/16/2014 at 02:00 PM. The date for the Bench Trial will continue to be 2/10/2014 at 08:30 AM.

IT IS SO STIPULATED.

Dated: October 25, 2013                    UNITED STATES ATTORNEY

                                           By: _____/s/_____.
                                           MELINDA HAAG
                                           JOANN M. SWANSON
                                           JONATHAN U. LEE
                                           *Attorneys for Defendant*

Dated: October 25, 2013                    WALSTON CROSS

                                           _____/s/_____.
                                           GREGORY S. WALSTON, ESQ.
                                           ORESTES A. CROSS, ESQ.
                                           THOMAS J. O'BRIEN, ESQ.
                                           *Attorneys for Plaintiff*

---

[1] All previously ordered dates appear in Dkt. No. 22, dated 9/6/12.

**~~(PROPOSED)~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The case management dates are as follows:

Disclosure of Experts is now due by 11/19/2013

Rebuttal disclosure is now due by 11/26/2013

Expert Discovery due by 12/17/2013.

Final Pretrial Conference will continue to be 1/16/2014 at 02:00 PM

Bench Trial will continue to be 2/10/2014 at 08:30 AM.

October 28, 2013

_____
Hon. JON S. TIGAR
UNITED STATES DISTRICT JUDGE