GREGORY S. WALSTON, ESQ.
ORESTES A. CROSS, ESQ.
THOMAS J. O'BRIEN, ESQ.
WALSTON CROSS
735 Montgomery Street, Suite 250
San Francisco, CA 94111
(415) 956-9200
Fax: (415) 956-9205
Email: gwalston@walstonlaw.com
        ocross@walstonlaw.com
        tobrien@walstonlaw.com
ATTORNEYS FOR PLAINTIFFS
JERRY THOMPSON and AILEEN KREWSON

MELINDA HAAG (SBN 132612)
United States Attorney
ALEX G. TSE (SBN 152348)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
VICTORIA R. CARRADERO (SBN 217885)
Assistant United States Attorneys
450 Golden Gate Ave., 9th Floor
San Francisco, CA  94102-3495
Telephone: (415)436-6909
Facsimile: (415)436-6748
Email: jonathan.lee@usdoj.gov
Attorneys for Defendant
UNITED STATES OF AMERICA

**FILED**

JAN 0 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AILEEN KREWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.    C 12-00301 JST<br><br>STIPULATION AND (PROPOSED)<br>ORDER REGARDING DEPOSITION<br>OF PLAINTIFF'S NON-RETAINED<br>EXPERTS<br><br><br>Trial Date:      2/10/2014 |

BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS FOLLOWS:

1. Following the government shutdown in October 2013, the parties submitted a Stipulation and Proposed Order to re-set certain pretrial deadlines in this case relating to expert witness disclosure and discovery. (Dkt. 58) The Court signed the proposed order on October 28, 2013. (Dkt. 59) Under the terms of the stipulation and resulting order, the parties had until November 19, 2013 to disclose expert witnesses, until November 26, 2013 to disclose rebuttal expert witnesses and until December 17, 2013 to complete expert discovery.

2. On November 19, 2013, Plaintiff Krewson served a disclosure of Non-Retained Experts Maria Alvarez, Ph.D. and Cary Wheeler, D.O., by regular mail.

3. On November 22, 2013, Defendant's counsel sent a letter to Plaintiff's counsel, via email, lodging certain objections to the Plaintiff's November 19th disclosure.

4. On November 26, 2013, Plaintiff's counsel responded by email to the November 22nd objections and indicated a willingness to provide the medical records relating to the care provided by Drs. Alvarez and Wheeler to the Plaintiff. Defense counsel was out of town and without access to the email when it arrived.

5. On December 9, 2013, Defense counsel sent a letter to Plaintiff's counsel, via email, summarizing the parties' positions and requesting a response no later than December 23, 2013.

6. On December 20, 23, 26, and 30, 2013, counsel met and conferred by telephone regarding Defendant's objections to Plaintiff's November 22nd disclosure of Non-Retained Experts. As a result of those meet and confer discussions, the parties have reached the compromised outlined below.

7. Maria Alvarez, PhD, will appear for her deposition at the U.S. Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102 at 11:00 a.m. on Friday, January 10, 2013. Defendant has served a notice on Plaintiff's counsel and will have a subpoena served on Dr. Alvarez at her place of employment. Dr. Alvarez has confirmed her availability for this date

and time in discussions with Plaintiff's counsel. An earlier deposition is not convenient for Dr. Alvarez due to her work schedule and a family issue. Defendant will tender the statutory witness fee of $50 plus mileage to Dr. Alvarez as a non-retained expert, within a reasonable time period following her deposition.

8. Defendant reserves the right to object to those aspects of Dr. Alvarez's testimony, if any, that are outside the scope of testimony permissible for a non-retained expert witness. Defendant notes that its November 22, 2013 objections included an objection that Plaintiff's counsel did not provide a Rule 26(a)(2)(C) description of her anticipated expert testimony that includes a statement of the subject matter the witness is expected to present and a summary of the facts and opinions to which the expert is expected to testify. Plaintiff's disclosure stated only that Dr. Alvarez "will testify to the mental health injuries by Plaintiff Aileen Krewson as a result of the events surrounding this case."

9. Plaintiff has withdrawn her designation of Dr. Wheeler.

IT IS SO STIPULATED.

Dated: December 31, 2013                    UNITED STATES ATTORNEY

                                            By: _____/s/_____.
                                                JONATHAN U. LEE
                                                VICTORIA R. CARRADERO
                                                *Attorneys for Defendant*

Dated: January 6, 2014                      WALSTON CROSS

                                                _____/s/_____.
                                                GREGORY S. WALSTON, ESQ.
                                                ORESTES A. CROSS, ESQ.
                                                THOMAS J. O'BRIEN, ESQ.
                                                *Attorneys for Plaintiff*

**(PROPOSED) ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

January 6, 2014

_____
Hon. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

-4-

**STIPULATION AND PROPOSED ORDER - CASE NO. C12-00301 JST**