UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN KREWSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  12-cv-00301-JST<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

　　　The Court hereby CONTINUES the pretrial conference in this case from Thursday, January 16, 2014 at 2:00 p.m. to Friday, January 17 at 2:00 p.m.  The conference will occur at the court's Oakland courthouse, located at 1301 Clay Street, Courtroom 2, 4th Floor.  THE PARTIES ARE DIRECTED TO NOTE THE LOCATION OF THE CONFERENCE.  The parties do not need to submit an additional pretrial statement.

　　　As stated in the Court's Standing Order for Civil Bench Trials:

> [A]ny party wishing to have motions *in limine* heard prior to the commencement of trial shall file and serve any such motions at least ten days before the final pretrial conference. Any oppositions thereto shall be filed and served at least three court days before the final pretrial conference.

The parties' joint pretrial statement stated that the parties "will serve those motions by email consistent with the Court's pretrial preparation order."  ECF No. 63, at 8:13-14.  Motions *in limine* and opposition briefs should be served and filed publicly on the Court's docket.

　　　**IT IS SO ORDERED.**

Dated: January 7, 2014

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge