# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN KREWSON, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | Case No.  12-cv-00301-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br>Re: ECF No. 69 |

The parties have filed a stipulation of dismissal dated January 10, 2014, stating that they have agreed to a settlement of this action. ECF No. 69. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. All hearings, conferences, trial dates and deadlines are VACATED, and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge